UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 SEP 30  A 9:57

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA   )
                           )   CRIMINAL NO. 04-10312-NMG
        v.                 )
                           )
IVAN DEJESUS RODRIGUEZ,    )
        Defendant          )
                           )

## INFORMATION

**Count One:**   (21 U.S.C. §841(a)(1) - Distribution Of Heroin).

The U.S. Attorney charges that:

On or about August 12, 2000, at Medford, in the District of Massachusetts,

**Ivan DeJesus Rodriguez**

defendant herein, did knowingly and intentionally distribute heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**Count Two:**     (21 U.S.C. §841(a)(1) - Possession Of Heroin With Intent To Distribute).

The U.S. Attorney further charges that:

On or about August 15, 2000, at Somerville, in the District of Massachusetts,

**Ivan DeJesus Rodrigiez**

defendant herein, did knowingly and intentionally possess heroin, a Schedule I controlled substance, with intent to distribute.

The U.S. Attorney further charges that this offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, § 841(b)(1)(B)(i) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**Notice Of Additional Factors**

The U.S. Attorney further alleges that:

The defendant is responsible for at least one kilogram but less than three kilograms of heroin. Accordingly, U.S.S.G. § 2D1.1(c)(4) applies to the defendant.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

By: /s/ Michael J. Pelgro
      Michael J. Pelgro
      Assistant U.S. Attorney

DATED:   September 30, 2004.

⬣JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** DEA

**City** Medford    **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New _____
Magistrate Judge Case Number    00-M00096-LPC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Ivan DeJesus Rodriguez    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  129 Pennsylvania Avenue, Somerville, MA

Birth date (Year only): 1959    SSN (last 4 #): 9716    Sex M    Race: Hispanic    Nationality: Colombia

**Defense Counsel if known:** J. Martin Richey    **Address:** Federal Defender Office 3rd Floor
                                                                 408 Atlantic Ave Boston, MA 02110

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Michael J. Pelgro; Nancy Rue    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date:  August 16, 2000

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Mag Judge LP Cohen  on  August 18, 2000

**Charging Document:**    ☐ Complaint    ☒ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/30/04    Signature of AUSA: _(signed) Michael J. Pelgro_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Ivan DeJesus Rodriguez

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 841(a)(1) | Distribution of Heroin | 1 |
| Set 2 | 841(a)(1) | Possession of Heroin with intent to distribute | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:**