AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>IVAN DEJESUS RODRIGUEZ<br>129 PENNSYLVANIA AVENUE<br>SOMERVILLE, MA | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   CR 04-10312 NMG |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>UNITED STATES DISTRICT COURT- DISTRICT OF MASSACHUSETTS<br>1 COURTHOUSE WAY<br>BOSTON, MA 02210 | Room<br>COURTROOM #23, 7TH FLOOR |
|---|---|
| | Date and Time<br>OCTOBER 13, 2004 @ 2:45PM |
| Before:   MAGISTRATE JUDGE LAWRENCE P. COHEN | |

To answer a(n)

*☐ Indictment      X Information      *☐ Complaint      *☐ Violation Notice      *☐ Probation Violation Petition

Charging you with a violation of Title   21   United States Code, Section(s)   841(a)(1)

Brief description of offense:
DISTRIBUTION AND POSSESSION OF HEROIN


OCTOBER 4, 2004

_____          Date
Signature of Issuing Officer


_____
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

**RETURN OF SERVICE**

Date

Service was made by me

Check one box below to indicate appropriate method of service

* ☐ Served personally upon the defendant at: _____

* ☐ Left summons at theLeft summons at the defendant s dwelling house or usual place of abode with a personLeft summon discretion then residing therein and mailed a copy of the summons to the defendant s last known address.
  Name of person with whom the summons was _____

* ☐ Returned unexecuted: _____

II declare under penalty of perjury under the laws of the United States of AI declare under penalty of perjury u information contained in the Return of Service is true and correct.

Returned _____
         Date                                    Name of United States Marshal

                                                 _____
                                                 (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.