# United States District Court

_____ DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA
V.

IVAN DEJESUS RODRIGUEZ

**WARRANT FOR ARREST**

CASE NUMBER: 04-10312 NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __IVAN DEJESUS RODRIGUEZ__
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☒ Information  ☐ Complaint  ☒ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

failure to appear

in violation of Title __18__ United States Code, Section(s) __3146__

LAWRENCE P. COHEN                           U.S. MAGISTRATE JUDGE
Name of Issuing Officer                     Title of Issuing Officer

[signature]                                 10/20/04   BOSTON, MASSACHUSETTS
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 OCT 21 P 22

2005 - Showed up in court