UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. |
| v. ) | 04-CR-10312-NMG |
| ) | |
| IVAN DEJESUS RODRIGUEZ, ) | |
|     Defendant ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please take note that Nancy Rue, Assistant United States Attorney for the District of Massachusetts, will be appearing on behalf of the United States of America in this action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
MICHAEL J. PELGRO
NANCY RUE
Assistant U.S. Attorney

DATED:   December 12, 2005