UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                    )<br>)<br>IVAN RODRIGUEZ          ) | CRIMINAL NO. 04-10312-NMG |

### MOTION TO WITHDRAW

Assistant Federal Public Defender J. Martin Richey hereby moves to withdraw from this matter. As grounds for this motion, Assistant Federal Public Defender Catherine K. Byrne has filed an appearance on behalf of defendant.

/s/ J. Martin Richey
J. Martin Richey
  B.B.O. # 559902
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel:  617-223-8061

### Certificate of Service

I, J. Martin Richey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ J. Martin Richey
J. Martin Richey